IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDITH STOVER-STAUCH,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 09-5268 |
| MICHAEL ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>Defendant | : | |

## ORDER

**STENGEL, J.**

AND NOW, this 9th day of February, 2011, upon careful and independent review of Plaintiff's request for review, Defendant's response thereto, Plaintiff's reply, and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, IT IS HEREBY ORDERED that:

1. Defendant having filed no objections, the Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's request for review is **GRANTED** in part and **DENIED** in part; and

3. Plaintiff is disabled based on the January 19, 1993 findings of her treating physician, Alan J. Miller, M.D., hence, upon remand, the Commissioner shall determine the onset date of her disability and award her benefits accordingly.

BY THE COURT:

LAWRENCE F. STENGEL, J.